SO ORDERED.

Dated: December 01, 2009

CHARLES G. CASE, II
U.S. Bankruptcy Judge

TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27680/1814031251

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

IN RE:

William David Schrand, Jr. and Kerri Lynn Schrand
Debtors.

Provident Funding Associates, L.P.
Movant,
vs.

William David Schrand, Jr. and Kerri Lynn Schrand, Debtors, David A. Birdsell, Trustee.

Respondents.

No. 2:09-bk-27910-CGC

Chapter 7

ORDER

(Related to Docket #6)

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 21, 2004 and recorded in the office of the Maricopa County Recorder wherein Provident Funding Associates, L.P. is the current beneficiary and William David Schrand, Jr. and Kerri Lynn Schrand have an interest in, further described as:

> THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF ARIZONA, COUNTY OF MARICOPA CITY OF SCOTTSDALE, AND DESCRIBED AS FOLLOWS:
> LOT 121, GRAYHAWK VILLAGE 1, PARCEL 1-E(B), ACCORDING TO BOOK 424 OF MAPS, PAGE 34, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of ________, 2009.

______________________________________
JUDGE OF THE U.S. BANKRUPTCY COURT